JEFF WINCHESTER, ESQ. (Nevada Bar No. 10279)
E: JWinchester@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Ste 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOLISA ROSARIO, an individual,; | Case No.:  2:26-cv-00711-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME** |
| vs. | |
| PRIORITY WIRE & CABLE, INC., an Arkansas corporation, | |
| Defendants. | |

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Plaintiff DOLISA ROSARIO and Defendants PRIORITY WIRE & CABLE, INC., file this Stipulation and Order to extend the date for Defendants to answer or otherwise respond to Plaintiff's Complaint to April 27, 2026.

The parties have agreed to this extension to provide Defendants' counsel sufficient time to investigate Plaintiff's allegations and prepare a responsive pleading. The parties make this request in good faith and not for any purpose to delay these proceedings.

Dated this 6th day of April, 2026

O'HAGAN MEYER

By      /s/  Jeff Winchester
        JEFF WINCHESTER, ESQ,
        Nevada Bar No. 10279
        300 S. 4th Street, Suite 1250
        Las Vegas, NV 89101

        *Attorney for Defendants*

Dated this 6th day of April, 2026

GREENBERG GROSS LLP

By   /s/  John Orr
John M. Orr
Nevada Bar No. 14251
1980 Festival Plaza Drive
Suite 730
Las Vegas, Nevada 89135
*Attorney for Plaintiff*

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 4/7/2026

2